## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−12073−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darlene R. Price
   aka Darlene Renne Price
   3121 Fire Rd
   Apt. 232
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−4364

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 20, 2022.

On June 22, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                 August 16, 2023
Time:                10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 13, 2023
JAN:

                                                   Jeanne Naughton
                                                   Clerk

# United States Bankruptcy Court
## District of New Jersey

In re:  
Darlene R. Price  
    Debtor

Case No. 22-12073-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: 185 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darlene R. Price, 3121 Fire Rd, Apt. 232, Egg Harbor Township, NJ 08234-9619 |
| 519554692 | + | Atlantic City Tax Collector's Office, 1301 Bacharach Blvd., 1st Floor,, Suite 125, Atlantic City, NJ 08401-4601 |
| 519584819 | + | City of Atlantic City, 1301 Bacharach Blvd., Atlantic City, NJ 08401-4600 |
| 519531238 | + | MTAG CUST FIG CAP INV NJ, LLC, 1101 Laurel Oak Rd., Suite 170, Voorhees, NJ 08043-4381 |
| 519621760 | + | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 669505, Dallas, TX 75266-0392 |
| 519531240 | + | Pellegrino & Feldstein LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 519531241 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519537182 | + | State of New Jersey Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ar@figadvisors.com | Jul 13 2023 20:57:00 | MTAG Custodian for FIG Capital Investments NJ13, L, 1000 Riverside Avenue, Suite 400, Jacksonville, Fl 32204-4108 |
| 519554693 | | Email/Text: BKY@conserve-arm.com | Jul 13 2023 20:56:00 | Conserve, 200 Cross Keys Office Park, Camden County College, Fairport, NY 14450 |
| 519531233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2023 21:02:48 | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519531234 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 13 2023 20:56:00 | FB&T/Mercury, 700 22nd Avenue South, Brookings, SD 57006-2822 |
| 519531237 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2023 20:56:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519581006 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2023 20:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519538101 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2023 20:57:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 519531239 | ^ | MEBN | Jul 13 2023 20:52:38 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519531242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2023 21:24:45 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519531235 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519531236 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519953706 | * | Internal Revenue Service, Po Box 725, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Richard D. Trenk | on behalf of Creditor City of Atlantic City rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Robert S. Roglieri | on behalf of Creditor City of Atlantic City rroglieri@trenkisabel.law  mmassoud@trenkisabel.law |
| Seymour Wasserstrum | on behalf of Debtor Darlene R. Price mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 8